**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS DEMARCUS McDANIEL, | Case No.: 1:26-cv-01684 JLT EGC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY LOCAL RULES AND FAILURE TO PROSECUTE |
| v. | |
| MALONE, et al., | |
| Defendants. | (Doc. 12) |

Plaintiff seeks to hold defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge recommended this action be dismissed for plaintiff's failure to obey the Local Rules and failure to prosecute for failing to keep the Court apprised of his current address. (Doc. 12.) The magistrate judge advised that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued May 5, 2026 (Doc. 12) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for plaintiff's failure to obey and failure to prosecute.

3. The Clerk of the Court is directed to terminate any motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
UNITED STATES DISTRICT JUDGE

2